FILED

08/06/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0358

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 24-0358

STATE OF MONTANA,

   Plaintiff and Appellee,

v.

THERON SCOTT PLENTYHAWK,

   Defendant and Appellant.

## GRANT

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until September 9, 2024, to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
August 6 2024